UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEROY LYONS,

        Plaintiff,                      Case Number: 2:16-11409
                                                HON. GEORGE CARAM STEEH
    v.

ATTORNEY GRIEVANCE COMMISSION,
ET AL.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Michigan state prisoner Leroy Lyons filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, naming three defendants, Michigan Attorney Grievance Commission (AGC), Robert E. Edick (deputy administrator, AGC), and Nancy R. Alberts (associate counsel, AGC). He alleged that defendants violated his First Amendment right to petition for redress of grievances. The Court dismissed the complaint under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Now before the Court is Petitioner's motion for reconsideration.

Motions for reconsideration may be granted when the moving party shows (1) a "palpable defect," (2) by which the court and the parties were misled, and (3) the correction of which will result in a different disposition of the case. E.D. Mich. L.R. 7.1(h)(3). A "palpable defect" is a "defect which is obvious, clear, unmistakable, manifest or plain." *Olson v. The Home Depot*, 321 F. Supp. 2d 872, 874 (E.D. Mich. 2004). Plaintiff's motion simply rehashes the arguments asserted in the complaint and

disagrees with the Court's resolution of this matter.  A motion predicated upon such arguments fails to allege sufficient grounds upon which to grant reconsideration.  L.R. 7.1(h)(3); *see also, Meekison v. Ohio Dept. of Rehabilitation and Correction*, 181 F.R.D. 571, 572 (S.D. Ohio 1998).  Plaintiff fails to demonstrate that the Court's decision was based upon a palpable defect by which the Court was misled.

The Court DENIES Plaintiff's Motion for Reconsideration [dkt. # 6].

SO ORDERED.

Dated:  July 18, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 18, 2016, by electronic and/or ordinary mail and also on Leroy Lyons #290297, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623

s/Barbara Radke
Deputy Clerk