UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEROY LYONS,

    Plaintiff,

vs.

Case No. 16-11409
HON. GEORGE CARAM STEEH

MICHIGAN ATTORNEY
GRIEVANCE COMMISSION,
ROBERT E. EDICT, and
NANCY R. ALBERTS,

    Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION
FOR RECONSIDERATION (DOC. 13)

This matter is presently before the Court on plaintiff's Motion for Reconsideration on an Order on an Application to Proceed Without Prepaying Fees or Costs. (Doc. 13).

Plaintiff filed an Application to Proceed Without Prepaying Fees or Costs on September 9, 2016. (Doc. 10). The motion was denied on October 12, 2016. (Doc. 12). Plaintiff filed a Motion for Reconsideration 21 days later on November 2, 2016. (Doc. 13).

Pursuant to E.D. Mich. L.R. 7.1(h)(1), "[a] motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." Plaintiff's motion is untimely, and therefore, DENIED.

IT IS SO ORDERED.

Dated: May 26, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 26, 2017, by electronic and/or ordinary mail and also on Leroy Lyons #290297, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

s/Barbara Radke
Deputy Clerk